1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| ELIAS AMKIE, an individual, | CASE NO.: CV 14-9511-DMG (RZx) |
|---|---|
| Plaintiff, | **JUDGMENT AWARDING MODERN PROJECT, LLC $21,557.54 IN ATTORNEYS' FEES AND COSTS AGAINST PLAINTIFF ELIAS AMKIE** |
| v. | |
| GEOFFREY SITBON, an individual; LESLIE SITBON, an individual; FAST AND TRADER, LLC, a California limited liability company; JAYC, LLC, a California limited liability company; MODERN PROJECT, LLC, a California limited liability company; Any and All Persons Claiming Any Right, Title, or Interest in the Real Property Described herein; and DOES 1 to 10, inclusive, | |
| Defendants. | |

**JUDGMENT FOR ATTORNEYS' FEES AND COSTS**

Pursuant to the Court's February 9, 2015 Order granting Defendant Modern Project, LLC's ("Modern Project") request for attorneys' fees and costs pursuant to California Code of Civil Procedure Section 405.38 and awarding Modern Project $21,557.54 in attorneys' fees and costs against Plaintiff Elias Amkie, IT IS HEREBY ORDERED AND ADJUDGED that a judgment shall be entered in favor of Modern Project and against Plaintiff Elias Amkie, and that Modern Project shall recover from Plaintiff Elias Amkie reasonable attorneys' fees and costs in the sum of $21,557.54.

DATED: May 14, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1
**JUDGMENT FOR ATTORNEYS' FEES AND COSTS**